UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BROKERS' SERVICES MARKETING GROUP, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　　Defendant. | Civil Action No. 10-3973 (JAP)<br><br>**ORDER** |

　　　　Plaintiff Brokers' Services Marketing Group ("Brokers' Services") brought this class action Complaint against Defendant Cellco Partnership, d/b/a Verizon Wireless ("Verizon") on August 4, 2010.  On October 20, 2010, Verizon filed a Motion to Compel Arbitration and Stay the Litigation, citing an arbitration agreement in the standard contract between Verizon and the alleged class of aggrieved consumers [docket entry no. 7].  This Court terminated the Motion and stayed the litigation pending the United States Supreme Court decision in *AT&T Mobility, LLC v. Concepcion*, 131 S. Ct. 1740 (2011) [docket entry no. 16].  That case was decided in April 2011, and this case was reopened on June 2, 2011 [docket entry no. 26].  Brokers' Services amended its Complaint, adding Plaintiff Torsha Hicks, on July 18, 2011 [docket entry no. 28].

　　　　Presently before the Court is Verizon's renewed Motion to Compel Arbitration and Stay the Litigation [docket entry no. 30], filed in light of the Supreme Court's decision in *Concepcion*.  This Court decides the Motion without oral argument pursuant to Federal Rule of Civil Procedure 78(b).  For the reasons set forth in the accompanying Opinion,

　　　　**IT IS**, on this 28th day of March, 2012,

**ORDERED** that Defendant's Motion to Compel [docket entry no. 30] is granted; and it is further

**ORDERED** that this litigation shall be stayed in favor of arbitration, pursuant to the valid arbitration agreement between the parties. Accordingly, this matter is closed.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge
