# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROKERS' SERVICE MARKETING GROUP and TORSHA HICKS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership doing business as Verizon Wireless,<br><br>Defendant. | Case No. 10-CV-03973-JAP-TJB<br><br>ECF Case |

RECEIVED

JUL 1 8 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to the settlement agreement signed by Plaintiffs Brokers' Service Marketing Group and Torsha Hicks, and Defendant Cellco Partnership d/b/a Verizon Wireless (together, the "Parties"), it is hereby stipulated and agreed to by the Parties, by and through their respective counsel, and ordered by the Court, that this case shall be and is hereby **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41. Each Party will bear its own costs and attorneys' fees.

It is so **ORDERED**.

DATED: July 17, 2012

_____
Honorable Joel A. Pisano
United States District Judge

ME1 13792062v.1

We hereby consent to the form and entry of this Order:

*Gita F. Rothschild*
Gita F. Rothschild
**McCARTER & ENGLISH LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 622-7070
Email: grothschild@mccarter.com

Joshua B. Simon
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jsimon@kirkland.com

*Attorneys for Defendant*


*James E. Cecchi*
James E. Cecchi
Lindsey H. Taylor
**CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com
Email: ltaylor@carellabyrne.com

Jason A. Zweig
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
jasonz@hbsslaw.com

Ross Buntrock
David Carter
**ARENT FOX LLP**

ME1 13792062v.1

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Email: buntrock.ross@arentfox.com
Email: carter.david@arentfox.com
Tel: (202) 857-6000
Fax: (202) 857-6395

*Attorneys for Plaintiffs*

ME1 13792062v.1